UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DDB Technologies, L.L.C.

vs.                                    Case No.:  1:10-cv-273-JRN

Yahoo! Inc.

# ORDER

BE IT REMEMBERED on this the ___ day of November_____, 20__, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jennifer Kash_____, counsel for Yahoo! Inc._____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jennifer Kash_____ may appear on behalf of Yahoo! Inc._____ in the above case.

IT IS FURTHER ORDERED that Jennifer Kash_____, if he/she has not already done so, shall immediately tender the amount of $25.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the _____ day of November_____, 20 10____.

_____
UNITED STATES DISTRICT JUDGE