THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DDB Technologies L.L.C., | § § § | |
| Plaintiff, | | |
| vs. | § | |
| ESPN, Inc., | § § | Civil Action No. 1:10-CV-246-JRN |
| | § § | |
| NFL Enterprises, LLC, | § § | Civil Action No. 1:10-CV-254-JRN |
| | § § | |
| Yahoo!, Inc., | § § | Civil Action No. 1:10-CV-273-JRN |
| | § § | |
| NBA Media Ventures, LLC; | § § | Civil Action No. 1:10-CV-285-JRN |
| | § § | |
| AOL, Inc., | § § | Civil Action No. 1:10-CV-313-JRN |
| | § § | |
| NHL Interactive Cyber Enterprises, LLC et al, | § § § | Civil Action No. 1:10-CV-336-JRN |
| | § § | |
| Time, Inc., | § § | Civil Action No. 1:10-CV-428-JRN |
| | § § | |
| PGA Tour, Inc. | § § | Civil Action No. 1:10-CV-475-JRN |
| Defendants. | | |

**AMENDED SUPPLEMENT TO [PROPOSED] SCHEDULING ORDER**

The parties filed their Proposed Scheduling Order and Proposed Addendum to Scheduling Order on November 23, 2010. Given that the date Defendants proposed for Plaintiff to serve its Infringement Contentions, December 6, 2010, has already passed and Plaintiff has not served its Infringement Contentions, Defendants are submitting a revised schedule. The date for service of Infringement Contentions provided the starting point for a few of the subsequent

dates, including the exchange of proposed terms for construction, proposed constructions, a joint claim construction statement, and opening *Markman* briefs.  Accordingly, Defendants propose revising each of these dates.  Defendants' revised proposal does not alter the proposed dates for the *Markman* hearing or for any subsequent events.  The parties' respective positions, including Defendants' revised dates, are set forth below:

| Event | DDB's Proposed Date | Defendants' Original Proposed Date | Defendants' New Proposed Date |
|---|---|---|---|
| Rule 26(a)(1) Initial Disclosures | December 6, 2010 | December 6, 2010 | No change |
| Initial Production from Defendants | December 6, 2010 | N/A | No change |
| Plaintiff's infringement contentions | None (or December 20, 2010) | December 6, 2010 | December 17, 2010 |
| Defendants' invalidity contentions | None (or January 10, 2010) | January 10, 2011 | January 21, 2011 |
| Parties exchange terms for construction | January 14, 2011 | January 14, 2011 | January 24, 2011 |
| Meet and confer re list of terms | January 14-21, 2011 | January 14-21, 2011 | None[1] |
| Report on ADR (LR CV-88) | January 17, 2011 | January 17, 2011 | No change |
| Proposed constructions | January 21, 2011 | January 21, 2011 | January 31, 2011 |
| Meet and confer re claim construction | January 21-28, 2011 | January 21-28, 2011 | February 2, 2011 |

---

[1] Given the severely compressed schedule, and an already scheduled "Meet and confer re claim construction", Defendants propose to eliminate the "Meet and confer re list of terms."

| Event | DDB's Proposed Date | Defendants' Original Proposed Date | Defendants' New Proposed Date |
|---|---|---|---|
| **Joint claim construction statement** | January 28, 2011 | January 28, 2011 | February 2, 2011 |
| **Written settlement offers from DDB to each Defendant** | February 2, 2011 | February 2, 2011 | No change |
| **Opening *Markman* Briefs** | February 11, 2011 | February 11, 2011 | February 16, 2011 |
| **Deadline to amend or supplement pleadings and join additional parties** | February 11, 2011 | February 11, 2011 | No change |
| **Written settlement responses from each Defendant** | February 16, 2011 | February 16, 2011 | No change |
| **Responsive *Markman* Briefs** | March 2, 2011 | March 2, 2011 | No change |
| ***Markman* Hearing** | March 9-11, 2011 | March 9-11, 2011 | No change |
| **Burden of Proof expert reports** | May 31, 2011 | April 18, 2011 | No change |
| **Opposing expert reports** | June 15, 2011 | May 6, 2011 | No change |
| **Deadline for filing dispositive motions** | June 15, 2011 | May 16, 2011 | No change |
| **Close of fact discovery** | June 22, 2011 | May 20, 2011 | No change |
| **Close of expert discovery** | July 6, 2011 | May 20, 2011 | No change |
| **Designation of Witnesses and Exhibits** | None (or June 23, 2011) | June 10, 2011 | No change |

| Event | DDB's Proposed Date | Defendants' Original Proposed Date | Defendants' New Proposed Date |
|---|---|---|---|
| **Final Pretrial Conference** | July 7, 2011 | July 7, 2011 | No change |

Accordingly, counsel for NFL Enterprises, LLC, NBA Media Ventures LLC, NHL Interactive Cyber Enterprises, LLC, NHL Enterprises, L.P. and NHL Enterprises, Inc., on behalf of all Defendants, submits this for the Court's information.

Dated: December 10, 2010                    Respectfully submitted,

/s/ Willem Schuurman_____

David Weaver (SBOT 00798576)
Willem G. Schuurman (SBOT 17855200)
Ajeet Pai (SBOT 24060376)
Syed Fareed (SBOT 24065216)
Jennifer Librach Nall (SBOT 24061613)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas  78746
Tel: 512-542-8400
Fax: 512-542-8612
dweaver@velaw.com
bschuurman@velaw.com
apai@velaw.com
sfareed@velaw.com
jnall@velaw.com

Hilary L. Preston (SBOT 24062946)
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103
Tel:  212-237-0000
Fax: 212-237-0100
hpreston@velaw.com

*Attorneys for defendants*
*NFL Enterprises, LLC*
*NBA Media Ventures, LLC*
*NHL Interactive CyberEnterprises, LLC,*
*NHL Enterprises, L.P., and NHL*
*Enterprises, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of December, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| James G. Ruiz<br>WINSTEAD PC<br>401 Congress Ave., Ste. 2100<br>Austin, TX 78701<br>Tel: 512-370-2818<br>Fax: 512-370-2850<br><br>Michael D. Gannon<br>Leif R. Sigmon, Jr.<br>Paul A. Kafadar<br>Rory P. Shea<br>MCDONNELL BOEHNEN<br>HULBERT & BERGHOFF, LLP<br>300 S. Wacker Dr., Ste. 3100<br>Chicago, IL 60606<br>Attorneys for Plaintiff:<br>**DDB Technologies, L.L.C.** | Alan D. Albright<br>BRACEWELL & GIULIANI LLP<br>111 Congress Avenue, Suite 2300<br>Austin, TX 78701-4061<br>Tel: 512-494-3620<br>Fax: 512-472-9123<br><br>Jennifer Kash<br>Kevin Alexander Smith<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Attorneys for Defendant:<br>**Yahoo, Inc.** |
| D. Gibson Walton<br>Joshua J. Newcomer<br>HOGAN LOVELLS US LLP<br>700 Louisiana, Suite 4300<br>Houston, TX 77002<br>Brian Gregory Strand<br>Eric J. Lobenfeld<br>Gary Serbin<br>Ira James Schaefer<br>HOGAN LOVELLS US, LLP<br>875 Third Ave.<br>New York, NY 10022<br>Attorneys for Defendants:<br>**ESPN, Inc.; ESPN/Starwave Partners d/b/a ESPN Internet Ventures**; **ESPN Digital Media, Inc.; Starwave Corporation** | Stephen J. Joncus<br>John Christopher Carraway<br>Todd M. Siegel<br>Klarquist Sparkman, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Attorneys for Defendant:<br>**Time, Inc.** |
| Edward F. Valdespino<br>STRASBURGER & PRICE, LLP<br>300 Convent Street, Suite 900<br>San Antonio, TX 78205 | Mark D. Passler<br>David Brafman<br>AKERMAN SENTERFITT<br>222 Lakeview Avenue, Fourth Floor<br>West Palm Beach, FL 33401-6147 |

| | |
|---|---|
| Floyd R. Nation<br>HOWREY L.L.P.<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002<br><br>Clinton H. Brannon<br>Vivian S. Kuo<br>HOWREY L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2402<br>Attorneys for Defendant:<br>**AOL, Inc.** | Elizabeth A. Mazzarella<br>AKERMAN SENTERFITT<br>600 North Pearl Street<br>Suite S1900<br>Dallas, TX 75201<br>Attorneys for Defendant:<br>**PGA Tour, Inc.** |

*/s/ Willem G. Schuurman*