IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DDB TECHNOLOGIES, LLC,<br><br>    Plaintiff/Counterdefendant,<br>v.<br><br>ESPN, INC. ET AL,<br><br>    Defendants/Counterclaimants. | LEAD CIVIL ACTION NO. 1:10-cv-00246-JRN<br>CASE NO. 1:10-cv-00313-JRN<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
AND NOTICE OF SETTLEMENT**

Plaintiff DDB Technologies L.L.C. and Defendant AOL Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in Civil Action No. 10-CV-00313-JRN styled *DDB Technologies L.L.C. v. AOL Inc.*, (consolidated with Civil Action No. 10-CV-00246-JRN styled *DDB Technologies L.L.C. v. ESPN, Inc. et. al*). WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated June 17, 2011 with each party to bear its own costs, expenses and attorneys fees.

A Proposed Order to this effect is filed herewith.

1

Respectfully Submitted,

DATED:  June 17, 2011             */s/* Kevin A. Keeling
                                  Floyd R. Nation (TX Bar No. 14819500)
                                  Lead Attorney
                                  Kevin Keeling (TX Bar No. 24060075)
                                  **WINSTON & STRAWN LLP**
                                  1111 Louisiana, 25th Floor
                                  Houston, TX 77002
                                  Tel: (713) 651-2600
                                  Fax: (713) 651-2700
                                  1111 Louisiana, 25th Floor
                                  Houston, TX 77002
                                  Phone :   713-651-2600
                                  Fax:      713-651-2700
                                  Email:  fnation@winston.com
                                  Email:  kkeeling@winston.com

                                  Vivian S. Kuo (pro hac vice)
                                  Corrine Saylor (pro hac vice)
                                  **WINSTON & STRAWN LLP**
                                  1700 K Street N.W.
                                  Washington, D.C. 20006
                                  Tel: (202) 282-5000
                                  Fax: (202) 282-5100
                                  Email:  vkuo@winston.com
                                  Email:  csaylor@winston.com

                                  Alan D Albright (TX Bar No. 00973650)
                                  Bracewell & Giuliani LLP
                                  111 Congress Ave., Suite 2300
                                  Austin, TX 78701
                                  Tel: (512) 494-3620
                                  Fax: (512) 472-9123
                                  alan.albright@bgllp.com

                                  *Counsel for Defendant AOL, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2011, a true and correct copy of the foregoing Stipulated Motion for Dismissal With Prejudice and Notice of Settlement was served on the following via the Court's ECF filing system unless otherwise indicated below:

*Counsel for Plaintiff DDB Technologies, L.L.C.*:

James G. Ruiz
Winstead PC
401 Congress Avenue, Ste. 2100
Austin, TX 78701
jruiz@winstead.com

Leif R. Sigmond, Jr.
Michael D. Gannon
Paul A. Kafadar
Rory P. Shea
Alison J. Baldwin
John Dan Smith
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive, 32nd Floor
Chicago, IL 60606
sigmond@mbhb.com
gannon@mbhb.com
kafadar@mbhb.com
shea@mbhb.com
baldwin@mbhb.com
smith@mbhb.com

                      By:*/s/* Kevin A. Keeling

                      Kevin A. Keeling
                      *Counsel for Defendant* AOL, INC.