IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DDB TECHNOLOGIES, LLC,
    Plaintiff,

vs.      10-CV-246-JRN

ESPN, INC. ET. AL.,
    Defendants.

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On this same date, this Court signed an order dismissing this case with prejudice. Accordingly, the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED.**

SIGNED this 20th day of **June, 2011.**

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE